UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE RONALD GUZMAN

In the Matter of

DIANE ROBERTS,
vs.
SIDLEY AUSTIN BROWN & WOOD, LLP

Case Number: 05C 5345

MAGISTRATE JUDGE SCHENKIER

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

DIANE ROBERTS

**(A)**
SIGNATURE: [signed]
NAME: PAUL O. OTUBUSIN
FIRM: OTUBUSIN & ASSOCIATES, P.C.
STREET ADDRESS: 77 WEST WASHINGTON STREET
CITY/STATE/ZIP: CHICAGO, IL 60602
TELEPHONE NUMBER: (312) 251-1480
FAX NUMBER: (312) 251-1481
E-MAIL ADDRESS: DROTUBUSIN@AOL.COM
IDENTIFICATION NUMBER: 6205261
MEMBER OF TRIAL BAR? YES ☑ NO ☐
TRIAL ATTORNEY? YES ☑ NO ☐

**(B)**
FILED
SEP 1 6 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(C) and (D) sections blank.