## United States District Court for the Northern District of Illinois

Case Number: **05C5345**     Assigned/Issued   By: D. Dawink

---

### FEE INFORMATION

**Amount Due:**   ☒ $250.00     ☐ $39.00     ☐ $5.00

☐ IFP     ☐ No Fee     ☐ Other _____

☐ $255.00

No. Service copies _____          Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: **250.00**              Receipt #: **163648**

Date Payment Rec'd: **09-16-05**      Fiscal Clerk: D. Dawink

---

### ISSUANCES

☒ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets          (name of victim, who it's against and $ amount)

☐ Writ _____
    (Type of Writ)

Original and **1** copies on **09-16-05** as to **DEF**
                            (Date)

C:\wpwin80\docket\feeinfo.frm     03/23/05