# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 5345 | **DATE** | 9/23/2005 |
| **CASE TITLE** | DIANE ROBERTS vs. SIDLEY AUSTIN BROWN & WOOD, LLP. | | |

**DOCKET ENTRY TEXT:**

Status hearing set for 9/19/05 at 9:30 a.m. The Court orders the parties to appear for an initial appearance and status hearing. All parties shall refer to and comply with Judge Guzman's requirements for the initial appearance as outlined in Judge Guzman's case management procedures, which can be found at: www.ilnd.uscourts.gov.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|

05C5345 DIANE ROBERTS vs. SIDLEY AUSTIN BROWN & WOOD, LLP.					Page 1 of  1

Dockets.Justia.com