**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 2.5**
**Eastern Division**

Diane Roberts

                                          Plaintiff,

v.                                                        Case No.: 1:05−cv−05345
                                                         Honorable Ronald A. Guzman

Sidley Austin Brown & Wood, LLP

                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 27, 2005:

      MINUTE entry before Judge Ronald A. Guzman : Minute order dated 9/23/05 is amended to reflect the correct status hearing date: Status hearing set for 11/21/2005 at 09:30 AM.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.