UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In the Matter of

Diane Roberts, Plaintiff
v.
Sidley Austin Brown & Wood, LLP, Defendant.

Case Number: **05C 5345**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Sidley Austin Brown & Wood, LLP

| (A) | (B) |
|---|---|
| SIGNATURE *[signed]* | SIGNATURE *[signed]* |
| NAME Julie O. Allen | NAME Christopher J. Boran |
| FIRM Sidley Austin Brown & Wood, LLP | FIRM Sidley Austin Brown & Wood, LLP |
| STREET ADDRESS 10 S Dearborn Street | STREET ADDRESS 10 S Dearborn Street |
| CITY/STATE/ZIP Chicago, IL 60603 | CITY/STATE/ZIP Chicago, IL 60603 |
| TELEPHONE NUMBER (312) 853-7441 / FAX NUMBER (312) 853-7036 | TELEPHONE NUMBER (312) 853-4105 / FAX NUMBER (312) 853-7036 |
| E-MAIL ADDRESS jallen@sidley.com | E-MAIL ADDRESS cboran@sidley.com |
| IDENTIFICATION NUMBER 6189831 | IDENTIFICATION NUMBER 6282552 |
| MEMBER OF TRIAL BAR? YES ☑ NO ☐ | MEMBER OF TRIAL BAR? YES ☑ NO ☐ |
| TRIAL ATTORNEY? YES ☑ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☑ |
| | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☑ |

Sections (C) and (D) are blank.