# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In the Matter of

Diane Roberts, Plaintiff
v.
Sidley Austin Brown & Wood, LLP, Defendant.

Case Number: **05C 5345**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Sidley Austin Brown & Wood, LLP

| | (A) | (B) |
|---|---|---|
| SIGNATURE | /s/ Julie O. Allen | /s/ |
| NAME | Julie O. Allen | Christopher J. Boran |
| FIRM | Sidley Austin Brown & Wood, LLP | Sidley Austin Brown & Wood, LLP |
| STREET ADDRESS | 10 S Dearborn Street | 10 S Dearborn Street |
| CITY/STATE/ZIP | Chicago, IL 60603 | Chicago, IL 60603 |
| TELEPHONE NUMBER | (312) 853-7441 | (312) 853-4105 |
| FAX NUMBER | (312) 853-7036 | (312) 853-7036 |
| E-MAIL ADDRESS | jallen@sidley.com | cboran@sidley.com |
| IDENTIFICATION NUMBER | 6189831 | 6282552 |
| MEMBER OF TRIAL BAR? | YES ☑ NO ☐ | YES ☑ NO ☐ |
| TRIAL ATTORNEY? | YES ☑ NO ☐ | YES ☐ NO ☑ |
| DESIGNATED AS LOCAL COUNSEL? | | YES ☐ NO ☑ |

| | (C) | (D) |
|---|---|---|
| SIGNATURE | | |
| NAME | | |
| FIRM | | |
| STREET ADDRESS | | |
| CITY/STATE/ZIP | | |
| TELEPHONE NUMBER / FAX NUMBER | | |
| E-MAIL ADDRESS | | |
| IDENTIFICATION NUMBER | | |
| MEMBER OF TRIAL BAR? | YES ☐ NO ☐ | YES ☐ NO ☐ |
| TRIAL ATTORNEY? | YES ☐ NO ☐ | YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? | YES ☐ NO ☐ | YES ☐ NO ☐ |

Dockets.Justia.com