IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DIANE ROBERTS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 05 C 5345 |
| | ) | |
| v. | ) | Hon. Ronald Guzman |
| | ) | |
| SIDLEY AUSTIN BROWN & WOOD, LLP, | ) ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

TO:  Paul O. Otubusin, Esq.
Otubusin & Associates, P.C.
77 West Washington Street
Suit 1204
Chicago, IL 60602

PLEASE TAKE NOTICE that on Tuesday, November 8, 2005, at 9:30 a.m., the undersigned will appear before the Honorable Ronald A. Guzman, or any judge sitting in his stead, in the courtroom normally occupied by him at the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and present the attached Defendant's Motion For Extension of Time To File Motion To Dismiss Count V of Plaintiff's Verified Complaint in the above-captioned matter.

Respectfully submitted,

_____
One of the Attorneys for Defendant
Sidley Austin Brown & Wood, LLP.

Julie O. Allen
Christopher J. Boran
SIDLEY AUSTIN BROWN & WOOD
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

Dated: November 1, 2005

## CERTIFICATE OF SERVICE

I, Christopher J. Boran, one of the attorneys for Defendant Sidley Austin Brown & Wood, LLP, certify that I caused a copy of the foregoing Notice of Motion to be served by messenger upon counsel for Plaintiff:

>Paul O. Otubusin, Esq.
>Otubusin & Associates, P.C.
>77 West Washington Street
>Suit 1204
>Chicago, IL 60602

this 1st day of November, 2005.

