# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5
### Eastern Division

Diane Roberts

                                      Plaintiff,

v.                                                     Case No.: 1:05−cv−05345

                                                                   Honorable Ronald A. Guzman

Sidley Austin Brown & Wood, LLP

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 7, 2005:

      MINUTE entry before Judge Ronald A. Guzman :MOTION by Defendant Sidley Austin Brown & Wood, LLP for extension of time[11] to file motion to dismiss Count V of plaintiff's verified complaint [11] is granted to and including 11/17/05.Telephoned notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.