IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIANE ROBERTS, ) | |
| ) | |
| Plaintiff, ) | No. 05 C 5345 |
| ) | |
| v. ) | Hon. Ronald Guzman |
| ) | |
| SIDLEY AUSTIN BROWN & ) | |
| WOOD, LLP, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT'S MOTION TO DISMISS COUNT V OF PLAINTIFF'S
<u>VERIFIED COMPLAINT</u>**

Defendant Sidley Austin Brown & Wood, LLP by its attorneys, moves this Honorable Court pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss Count V of Diane Roberts' Verified Complaint. In support Defendant relies on the grounds set forth in its supporting Memorandum, filed and served herewith.

WHEREFORE, for the reasons stated herein and in Defendant's Memorandum In Support of Defendant's Motion To Dismiss Count V of Plaintiff's Verified Complaint, Defendant respectfully requests this Honorable Court to dismiss Count V of Plaintiff's Verified Complaint in its entirety with prejudice and grant Defendant such other relief as may be warranted.

Respectfully submitted,

/s/ Christopher J. Boran
One of the Attorneys for Defendant
Sidley Austin Brown & Wood, LLP.

Julie O. Allen
Christopher J. Boran
SIDLEY AUSTIN BROWN & WOOD LLP
10 South Dearborn Street
Chicago, Illinois  60603
(312) 853-7000                              Dated: November 17, 2005

## CERTIFICATE OF SERVICE

      I, Christopher J. Boran, one of the attorneys for Defendant Sidley Austin Brown & Wood, LLP, certify that I caused a copy of the foregoing Defendant's Motion To Dismiss Count V of Plaintiff's Verified Complaint to be served by Electronic Mail Notice, upon counsel for Plaintiff:

                      **Paul O. Otubusin**
                      drotubusin@aol.com

this 17th day of November, 2005.

                                      /s/ Christopher J. Boran