IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DIANE ROBERTS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 05 C 5345 |
| | ) | |
| v. | ) | Hon. Ronald Guzman |
| | ) | |
| SIDLEY AUSTIN BROWN & WOOD, LLP, | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO: Paul O. Otubusin, Esq.
Otubusin & Associates, P.C.
77 West Washington Street
Suit 1204
Chicago, IL 60602

PLEASE TAKE NOTICE that on Thursday, December 1, 2005, at 9:30 a.m., the undersigned will appear before the Honorable Ronald A. Guzman, or any judge sitting in his stead, in the courtroom normally occupied by him at the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and present the attached Defendant's Motion To Dismiss Count V of Plaintiff's Verified Complaint in the above-captioned matter.

Respectfully submitted,

/s/ Christopher J. Boran
One of the Attorneys for Defendant
Sidley Austin Brown & Wood, LLP.

Julie O. Allen
Christopher J. Boran
SIDLEY AUSTIN BROWN & WOOD
10 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

Dated: November 17, 2005

## CERTIFICATE OF SERVICE

I, Christopher J. Boran, one of the attorneys for Defendant Sidley Austin Brown & Wood, LLP, certify that I caused a copy of the foregoing Notice of Motion to be served by Electronic Mail Notice, upon counsel for Plaintiff:

**Paul O. Otubusin**
drotubusin@aol.com

this 17th day of November, 2005.

/s/ Christopher J. Boran