Roberts v. Sidley Austin Brown & Wood, LLP                                                                Doc. 1

## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5
## Eastern Division

Diane Roberts
                                    Plaintiff,
v.                                                      Case No.: 1:05−cv−05345
                                                        Honorable Ronald A. Guzman
Sidley Austin Brown & Wood, LLP
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 18, 2005:

    MINUTE entry before Judge Ronald A. Guzman : Status hearing scheduled for 11/21/05 is reset for 12/1/2005 at 09:30 AM. on Court's own motion. Mailed and telephoned notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

Dockets.Justia.com