# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 2.5
### Eastern Division

Diane Roberts

                              Plaintiff,

v.                                            Case No.: 1:05−cv−05345

                                                          Honorable Ronald A. Guzman

Sidley Austin Brown & Wood, LLP

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 21, 2005:

      MINUTE entry before Judge Ronald A. Guzman :Response to Defendant's motion to dismiss[15] to be filed on or before 12/12/2005. Reply due by 12/27/2005. Ruling to be by mail. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.