Roberts v. Sidley Austin Brown & Wood, LLP

Doc. 20

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 2.5
### Eastern Division

Diane Roberts

                        Plaintiff,

v.                                   Case No.: 1:05−cv−05345
                                                       Honorable Ronald A. Guzman

Sidley Austin Brown & Wood, LLP

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 1, 2005:

      MINUTE entry before Judge Ronald A. Guzman :Status hearing held on 12/1/2005. Status hearing set for 12/9/2005 at 09:30 AM. All parties ordered to appear at the next status in person or by counsel. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

Dockets.Justia.com