Roberts v. Sidley Austin Brown & Wood, LLP											Doc. 2

## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 2.5**
### Eastern Division

Diane Roberts

          Plaintiff,

v.                 Case No.: 1:05−cv−05345
                 Honorable Ronald A. Guzman

Sidley Austin Brown & Wood, LLP

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 9, 2005:

  MINUTE entry before Judge Ronald A. Guzman :Status hearing held on 12/9/2005. Case referred to Magistrate Judge Schenkier for settlement conference. Fact discovery cutoff 3/9/06. Expert discovery cutoff 6/7/06. Plaintiff's expert disclosures by 3/24/06 and defendant's expert disclosures by 4/25/06. Dispositive motions due by 6/22/06. Amendment of pleadings or joinder of parties by 1/23/06. Filing of response to motion to dismiss is extended to 12/30/05. Reply is due 1/13/06. Status hearing set for 3/10/2006 at 09:30 AM.Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

Dockets.Justia.com