Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| CASE NUMBER | 05 C 5345 | DATE | 12/19/2005 |
| CASE TITLE | Roberts vs. Sidley Austin Brown & Wood, LLP | | |

**DOCKET ENTRY TEXT**

Status hearing set for 12/20/05 at 9:00 a.m. in courtroom 1700 for the purpose of setting a date for a settlement conference is stricken.

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | smk |
|---|---|---|

U.S. DISTRICT COURT
CLERK

2005 DEC 19 AM 11:35

FILED-EOD

dockets.Justia.com