## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 2.5
### Eastern Division

Diane Roberts

                        Plaintiff,

v.                                          Case No.: 1:05−cv−05345
                                                     Honorable Ronald A. Guzman

Sidley Austin Brown & Wood, LLP

                        Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 28, 2005:

       MINUTE entry before Judge Sidney I. Schenkier :Settlement conference held. Settlement reached. The parties are to submit the appropriate dismissal papers to the district judge by 1/11/06. All matters relating to this referral having been resolved, the referral is hereby terminated. (mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.