IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DIANE ROBERTS, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. 05 C 5345 |
| | ) |
| SIDLEY AUSTIN LLP, | ) Hon. Ronald Guzman |
| | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## STIPULATION OF DISMISSAL

NOW COME Plaintiff Diane Roberts, by and through her attorneys, Otubusin & Associates, P.C., and Defendants Sidley Austin LLP, by its attorneys, and, pursuant to Fed. R. Civ. P. 41(a)(1) and the settlement reached by the parties, stipulate to the dismissal of Plaintiff's claims against Defendants in their entirety with prejudice and with each party to bear her/its costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| /s/ Paul O. Otubusin | /s/ Julie O. Allen |
| Paul O. Otubusin | Julie O. Allen |
| Otubusin & Associates, P.C. | Christopher J. Boran |
| 77 West Washington Street, Suite 1204 | Sidley Austin LLP |
| Chicago, IL 60602 | One South Dearborn Street |
| Phone: (312) 251-1480 | Chicago, IL 60603 |
| | Phone: (312) 853-7000 |
| | |
| Counsel for Plaintiff Diane Roberts | Counsel for Defendant Sidley & Austin, |
| | |
| Date: January 9, 2006 | Date: January 9, 2006 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **DIANE ROBERTS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. 05 C 5345 |
| | ) |
| **SIDLEY AUSTIN LLP,** | ) Hon. Ronald Guzman |
| | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## ORDER

This matter coming on to be heard on the Stipulation of Dismissal filed by Plaintiff Diane Roberts, and Defendants Sidley Austin LLP, pursuant to Fed. R. Civ. P. 41(a)(1) and the settlement reached by the parties,

IT IS HEREBY ORDERED that the claims of Plaintiff Diane Roberts against Defendant Sidley Austin LLP, are dismissed in their entirety with prejudice and with each party to bear her/its costs and attorneys' fees.

_____
United States District Judge

Enter: _____