IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DIANE ROBERTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05 C 5001 |
| | ) | |
| SIDLEY AUSTIN LLP., | ) | Judge Ronald Guzman |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

**TO:** Julie O. Allen
Christopher J. Boran
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

PLEASE TAKE NOTICE that on this 11th day of January, 2006, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, ***Stipulation of Dismissal,*** a copy of which is hereto attached and herewith served upon you.

**DIANE ROBERTS**

By: /s/ Paul O. Otubusin
One of Her Attorneys

Paul O. Otubusin
**OTUBUSIN & ASSOCIATES, P.C.**
77 West Washington Street
Suite 1204
Chicago, Illinois 60602
E-mail: drotubusin@aol.com
(312) 251-1480
(312) 251-1481 (Fax)

## CERTIFICATE OF SERVICE

I, Paul O. Otubusin, an attorney certify that I caused a copy of this Notice and the attachment(s) described therein to be served upon the above-named parties, electronically, by filing the same with the Northern District of Illinois CM-ECF online system on January 11, 2006.

/s/ Paul O. Otubusin