# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 5345 | **DATE** | 3/10/2006 |
| **CASE TITLE** | ROBERTS vs. SIDLEY AUSTIN BROWN & WOOD, LLP | | |

**DOCKET ENTRY TEXT**

Pursuant to parties' stipulation to dismiss, this action is hereby dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1). Each party will bear its own attorneys' fees and costs. Court retains jurisdiction to enforce any settlement agreement. Any pending motions or schedules in this case are stricken as moot.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|

05C5345 ROBERTS vs. SIDLEY AUSTIN BROWN & WOOD, LLP                    Page 1 of 1

Dockets.Justia.com