Roberts v. Sidley Austin Brown & Wood, LLP    Doc. 29

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 5345 | **DATE** | 3/10/2006 |
| **CASE TITLE** | DIANE ROBERTS vs. SIDLEY AUSTIN LLP | | |

**DOCKET ENTRY TEXT**

ENTER ORDER: It is hereby ordered that the claims of Plaintiff Diane Roberts against Defendant Sidley Austin LLP, are dismissed in their entirety with prejudice and with each party to bear her/its costs and attorneys' fees.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | CG |
|---|---|---|---|

dockets.Justia.com