# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **DIANE ROBERTS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **CASE NO. 05 C 5345** |
| | ) |
| **SIDLEY AUSTIN LLP,** | ) **Hon. Ronald Guzman** |
| | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## ORDER

This matter coming on to be heard on the Stipulation of Dismissal filed by

Plaintiff Diane Roberts, and Defendants Sidley Austin LLP, pursuant to Fed. R. Civ. P.

41(a)(1) and the settlement reached by the parties,

IT IS HEREBY ORDERED that the claims of Plaintiff Diane Roberts

against Defendant Sidley Austin LLP, are dismissed in their entirety with prejudice and

with each party to bear her/its costs and attorneys' fees.

_____
United States District Judge

Enter: _3/10/06_